IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


SHAWN M. TIMOTHEE,

        Appellant,

  v.

         Case No.  5D21-2488
         LT Case No. 2013-CF-008176-C-O


STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed May 6, 2022

Appeal from the Circuit Court
for Orange County,
Bob LeBlanc, Judge.

Shawn M. Timothee, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

      Because it appears that Appellant's filings are abusive, repetitive,

malicious, or frivolous, Appellant is cautioned that any further pro se filings

in this Court asserting claims stemming from Orange County Circuit Court

Case No. Case No. 2013-CF-008176-C-O may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2019); State v. Spencer, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

COHEN, EDWARDS and EISNAUGLE, JJ., concur.